UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Criminal No. 4:14-CR-67-FL-1
Civil No. 4:16-CV-184-FL

| | |
|---|---|
| JOHNNY TYRONE HOPKINS, ) | |
| ) | |
| Petitioner, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

Having examined petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **40** days of the filing of this order.

SO ORDERED, this the 6th day of July, 2016.

　　　　　　　　　　　　　　　　　　/s/ Louise W. Flanagan
　　　　　　　　　　　　　　　　　　Louise W. Flanagan
　　　　　　　　　　　　　　　　　　United States District Judge